UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **CASE NO. 8:09CR89** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **FINAL ORDER OF** |
| ) | **FORFEITURE** |
| ) | |
| **HECTOR CASTRO-HUMAR,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Filing No. 48). The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On November 5, 2009, the Court entered a Preliminary Order of Forfeiture under 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1) and 853, based on the Defendant's plea of guilty to Counts I, II and III of the Indictment. By way of said Preliminary Order of Forfeiture, the Defendant's interest in $7,447.00 in United States currency was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on November 6, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on January 6, 2010 (Filing No. 47).

3. No Petitions have been filed.

IT IS ORDERED:

A.  The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 48) is hereby sustained.

B.  All right, title and interest in and to the $7,447.00 in United States currency, held by any person or entity, is hereby forever barred and foreclosed.

C.  The $7,447.00 in United States currency, be, and the same hereby is, forfeited to the United States of America.

D.  The United States Marshal for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 11th day of January, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge